UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA
v.                                                           CRIMINAL NO. 4:12CR087
ANTHONY ADAMS

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

On petition of Felicia C. Adams, United States Attorney for the Northern District of Mississippi, in the above-entitled cause, it is hereby

ORDERED:

That a writ of habeas corpus ad prosequendum forthwith issue from this Court directed to the Sheriff, Chicot County, Lake Village AR; the United States Marshal for the Northern District of Mississippi; and/or any other United States Marshal, commanding them to produce the body of ANTHONY ADAMS (b/m, dob xx-xx-1985, SSAN xxx-xx-2390) before this Court at 2:30 o'clock P.M. on Wednesday, 18 July 2012, at the United States Post Office & Federal Building, 305 Main Street, Courtroom 2, Second Floor, Greenville MS 38701, for initial appearance on the indictment pending against said prisoner, and directing them to return forthwith thereafter said prisoner to the custody of the Sheriff, Chicot County, Lake Village AR, at the conclusion of the above cause.

This the 16th day of July, 2012.

                                                           /s/ Jane M. Virden
                                                          UNITED STATES MAGISTRATE JUDGE